IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br><br>              Plaintiff,<br>       v.<br><br>EDUARDO CANUL; GEORGINA CANUL; EDUARDO CANUL, JR.; GREGORIO CALSO; and ESTATE OF JUANITA FRANCISCO ALVARADO,<br><br>              Defendants. | Case No.: 1:11-cv-01751 AWI JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. 26) |

Western Reserve Life Assurance Co. of Ohio ("Plaintiff") seeks the entry of default judgment against defendant Eduardo Canul ("Canul" or "Defendant"), who has not appeared in the action. (Doc. 22).

On March 12, 2012, the Magistrate Judge found the factors set forth by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weighed in favor of default judgment, and the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion be granted. (Doc. 26). The Findings and Recommendations were served on all parties, and contained a notice that any objections were to be filed within fourteen days of service, or by March 26, 2012. (Id. at 6). The parties were advised failure to file objections may waive the right to appeal the District Court's order. (Id.). However, no party has filed objections to the Findings and Recommendations of the Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed March 12, 2012 (Doc. 26), are **ADOPTED IN FULL**;
2. Default judgment is entered against defendant Eduardo Canul with Plaintiff as the prevailing party;
3. Eduardo Canul is permanently enjoined from instituting or prosecuting any proceeding in any State or United States Court against Plaintiff and/or its agents, affiliates, parents, subsidiaries, attorneys or assigns, with respect to life insurance policy number 15-B1038261;
4. Plaintiff is discharged from all liability to Eduardo Canul in this action or under life insurance policy number 15-B1038261; and
5. Plaintiff's request for costs in the amount of $505.00 is **GRANTED**.

IT IS SO ORDERED.

Dated:   March 28, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2