# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, an Ohio corporation,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　vs.<br><br>EDUARDO CANUL, GEORGINA CANUL, EDUARDO CANUL, JR., GREGORIO CALSO, ESTATE OF JUANITA FRANCISCO, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.: CV F 11-1751 AWI JLT<br><br>(Hon. Anthony W. Ishii)<br><br>**ORDER DISMISSING DEFENDANT-IN-INTERPLEADER ESTATE OF JUANITA FRANCISCO** |

k:\awi\to_be_signed\11cv1751.o. dismissal.docx

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

**[PROPOSED] ORDER DISMISSING DEFENDANT-IN-INTERPLEADER
ESTATE OF JUANITA FRANCISCO
Case No. CV F 11-1751 AWI JLT**

Having reviewed Plaintiff-in-Interpleader Western Reserve Life Assurance Co. of Ohio ("WRL") and Defendant-in-Interpleader Estate of Juanita Francisco, through its administrator and representative Gregorio Calso (the "Estate"), (collectively, the "Parties") Stipulation for Dismissal of the Estate, **IT IS HEREBY ORDERED THAT,** based on the representations of the Parties as set forth in their Stipulation, the Estate is hereby dismissed from the above-entitled action.

Pursuant to the Parties' Stipulation for Dismissal, THIS COURT FURTHER ORDERS THAT:

1. The Estate is not legally entitled to, and has never been legally entitled to, the proceeds of WRL life insurance policy, number 15-B1038261 ("the Policy"), which have been deposited with the Court in connection with the above-captioned action ("the Action");

2. The Estate has disclaimed any interest whatsoever in the Policy proceeds, and further has released and discharged WRL (including its employees, representatives, agents, affiliates, parents, subsidiaries, attorneys or assigns) from any and all claims or liability in connection with the Action, the Policy or the Policy proceeds;

3. The Estate is permanently enjoined from instituting any suit at law or equity, or action or proceeding of any kind whatsoever, against WRL (including its employees, representatives, agents, affiliates, parents, subsidiaries, attorneys or assigns) with respect to the Policy (including all Policy riders) and the Policy proceeds;

4. The Estate shall bear its own costs and attorneys' fees, if any, incurred in connection with this Action;

5. WRL is discharged of all liability to the Estate under the Policy, including any liability with respect to the Policy proceeds and any riders to the Policy; and

//
//
//
//

-1-
**[PROPOSED] ORDER DISMISSING DEFENDANT-IN-INTERPLEADER
ESTATE OF JUANITA FRANCISCO
Case No. CV F 11-1751 AWI JLT**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

//

6. WRL is not precluded by this Order or otherwise from seeking and/or recovering any of its costs and attorneys' fees incurred in the Action from the funds on deposit with this court, though motion or further stipulation of the remaining parties.

IT IS SO ORDERED.

Dated: April 24, 2013

_____
SENIOR DISTRICT JUDGE

-2-
[PROPOSED] ORDER DISMISSING DEFENDANT-IN-INTERPLEADER
ESTATE OF JUANITA FRANCISCO
Case No. CV F 11-1751 AWI JLT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800