# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EDUARDO CANUL, et al.,<br>　　　　　　Defendants. | Case No.: 1:11-cv-01751 AWI JLT<br><br>ORDER AFTER STATUS CONFERENCE |

On June 21, 2013, the Court held a status conference in this case. (Doc. 43) In advance of the hearing, the parties filed a joint statement indicating that the matter is ready for judgment to be entered and is poised to be closed. (Doc. 46) The parties reported they intend to attempt to resolve the case, related to judgment, disbursement of the funds and the issue of attorney's fees and costs via stipulation. Plaintiff has provided the draft stipulation to Defendants who will review it quickly. Therefore, the Court **ORDERS**:

　　1.　　**No later than July 5, 2013**, counsel for Defendants **SHALL** notify Plaintiff whether the stipulation is acceptable and, if it is, provide an executed copy of the stipulation to Plaintiff's counsel for immediate filing;

　　3.　　In the event the parties do not agree on the award of attorney's fees and costs, **no later than July 5, 2013**, they **SHALL** file the stipulation regarding entry of judgment. Thereafter, **no later**

1

1 | **than July 26, 2013**, Plaintiff **SHALL** file its motion for attorney's fees and costs, if it wishes.

2 | **Failure to comply with this order may be grounds for the imposition of sanctions on**
3 | **counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

5 | IT IS SO ORDERED.

6 | Dated: **June 21, 2013**                                     /s/ Jennifer L. Thurston
7 |                                                                     UNITED STATES MAGISTRATE JUDGE