# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, an Ohio corporation,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>EDUARDO CANUL, GEORGINA CANUL, EDUARDO CANUL, JR., GREGORIO CALSO, ESTATE OF JUANITA FRANCISCO, and DOES 1 through 10, inclusive,<br><br>        Defendants-in-Interpleader. | CASE NO.: CV F 11-1751 AWI JLT<br><br>(Hon. Anthony W. Ishii)<br><br>**ORDER GRANTING DISCHARGE OF WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO AND DISMISSAL OF THE ENTIRE ACTION**<br><br>[Filed concurrently with the Parties' Stipulation] |

k:\awi\to_be_signed\11cv1751.o. order of dismissal.doc

**[PROPOSED] ORDER GRANTING DISCHARGE OF WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO AND DISMISSAL OF THE ENTIRE ACTION**
**Case No. CV F 11-1751 AWI JLT**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Having reviewed Plaintiff-in-Interpleader Western Reserve Life Assurance Co. of Ohio ("WRL") and Defendants-in-Interpleader Georgina Canul and Eduardo Canul, Jr.'s Stipulation for Discharge of WRL and Dismissal of the Entire Action, **IT IS HEREBY ORDERED THAT,** based on the representations of the Parties, that the entire action is dismissed with prejudice.

Pursuant to the Parties' Stipulation, THIS COURT FURTHER ORDERS THAT:

1. Georgina Canul and Eduardo Canul, Jr. are permanently enjoined from instituting any suit at law or equity, or action or proceeding of any kind whatsoever, against WRL (including its employees, representatives, agents, affiliates, parents, subsidiaries, attorneys or assigns) with respect to the Policy (including all Policy riders) and the Policy proceeds;

2. Georgina Canul and Eduardo Canul, Jr. shall bear their own costs and attorneys' fees, if any, incurred in connection with this Action;

3. WRL is discharged of all liability to Georgina Canul and Eduardo Canul, Jr. under the Policy, including any liability with respect to the Policy proceeds and any riders to the Policy;

4. WRL shall be paid $24,672.32 from the Policy proceeds currently on deposit with this Court. The check shall be made payable to "Western Reserve Life Assurance Co. of Ohio" and sent to c/o Andrew S. Williams, Esq., Barger & Wolen, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071, and the funds on deposit with this Court remaining after payment to WRL of its costs and fees shall be divided into two equal portions, and checks for each portion issued, one made payable to "Georgina F. Canul" and the other made payable to "Eduardo F. Canul" and sent to them c/o Peter W. Beckman, Esq., 1400 Chester Avenue, Suite F, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated:   July 3, 2013

SENIOR DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING DISCHARGE OF WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO AND DISMISSAL OF THE ENTIRE ACTION
Case No. CV F 11-1751 AWI JLT